190 So. 919

**Robert Riley ABLE v. STATE.**

**8 Div. 846.**

Court of Appeals of Alabama.

June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

194 So. 890

**C. B. ADAMS v. STATE.**

**8 Div. 906.**

Court of Appeals of Alabama.

March 12, 1940.

Motley & Motley, of Gadsden, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

199 So. 905

**Joe Lee ADAMS v. STATE.**

**4 Div. 606.**

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

199 So. 905

**James P. ADCOCK v. STATE.**

**4 Div. 619.**

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

193 So. 882

**J. W., alias Jack, ADKINS v. STATE.**

**8 Div. 856.**

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.